| | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW MEXICO<br>ALBUQUERQUE | | | |
|---|---|---|---|---|
| | Before the Honorable Steven C. Yarbrough | | | |
| | United States Magistrate Judge | | | |
| | Clerk's Minutes – Preliminary / Detention | | | |
| Date: | 9/18/2014 | Case Number: | 14-MJ-3093 | |
| Case Title: USA v. | Leon Tafoya | Liberty: | Hondo @ | 10:03 & 10:36 am |
| Courtroom Clerk: | K. Dapson | Total Time: | 9 Minutes | |
| Probation/Pretrial: | A. Galaz | Interpreter: | | |
| ATTORNEYS PRESENT: | | | | |
| Plaintiff: | Novaline Wilson & Jonathan Gerson | Defendant: | Alonzo Padilla | |
| PROCEEDINGS: | | | | |
| ☒ Defendant waives Preliminary hearing | | | | |
| ☒ Court finds probable cause | | | | |
| ☐ Defendant waives detention hearing | | | | |
| ☒ Defendant remanded to custody of USMS | | | | |
| ☐ Defendant released: | | | | |
| ☒ Other: USA-proffer det, evaluation; FPD-proffer rel, eval; Court-findings; FPD – review would like an evaluation; Parties to submit proposed order | | | | |