AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing



FILED
At Albuquerque NM
SEP 18 2014
MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America )
v. )
LEON TAFOYA ) Case No. 14 MJ 3093
_____ )
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: Sept. 18, 2014

*Defendant's signature*

*Signature of defendant's attorney*

ALONZO J. PADILLA
*Printed name and bar number of defendant's attorney*

111 LOMAS NW #501
ABUQ NM 87114
*Address of defendant's attorney*

*E-mail address of defendant's attorney*

505-346-2489
*Telephone number of defendant's attorney*

505-346-2494
*FAX number of defendant's attorney*