IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**LEON J. TAFOYA,**<br><br>　　　　Defendant. | CRIMINAL NO. 15-1631 MCA<br><br>Count 1: 18 U.S.C.§§ 924(c)(1)(A), and 924(c)(1)(A)(i-iii): Possessing a Firearm in Furtherance of a Crime of Violence;<br><br>Count 2: 18 U.S.C. §§ 1152 and 13: N.M.S.A. 1978, § 30-3-2: Aggravated Assault with a Deadly Weapon;<br><br>Count 3: 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury. |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about September 7, 2014, in Rio Arriba County, in the District of New Mexico, the defendant, **LEON J. TAFOYA**, knowingly possessed a firearm, Kimber Tactical Entry II .45 ACP Pistol, serial #K333644, in furtherance of a crime of violence for which **LEON J. TAFOYA** may be prosecuted in a court of the United States, namely Aggravated Assault with a Deadly Weapon as charged in Count 2 of this information.

In violation of 18 U.S.C. §§ 924(c)(1)(A), and 924(c)(1)(A)(i-iii).

### Count 2

On or about September 7, 2014, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **LEON J. TAFOYA**, an Indian, did commit an assault of John

Doe 1, a non-Indian, by intentionally, knowingly, or recklessly exhibiting a firearm, in the immediate presence of John Doe 1 by displaying the firearm in a rude, angry, or threatening manner.

In violation of 18 U.S.C. §§ 1152 and 13, and N.M.S.A. 1978, § 30-3-2.

### Count 3

On or about September 7, 2014, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **LEON J. TAFOYA**, an Indian, did knowingly and unlawfully assault John Doe 2, such assault resulting in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

DAMON P. MARTINEZ
United States Attorney

*/s/ Novaline P. Wilson*
NOVALINE D. WILSON
Assistant United States Attorney
201 Third Street, Suite 900
Albuquerque, NM 87102
(505) 346-7274