IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
        Plaintiff, )
vs. ) CRIMINAL NO. 15-1631 MCA
**LEON J. TAFOYA,** )
        Defendant. )

## WAIVER OF INDICTMENT

I, LEON J. TAFOYA, the above named defendant who is accused of violating Count 1: 18 U.S.C.§§ 924(c)(1)(A), and 924(c)(1)(A)(i-iii): Possessing a Firearm in Furtherance of a Crime of Violence; Count 2: 18 U.S.C. §§ 1152 and 13: N.M.S.A. 1978, § 30-3-2: Aggravated Assault with a Deadly Weapon; and Count 3: 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury, and being advised of the nature of the charges, the Information, and of my rights, hereby waive in open Court on _May 7, 2015_, prosecution by Indictment and consent to proceeding by Information rather than by Indictment.

_____
LEON J. TAFOYA
Defendant

_____
ALONZO PADILLA
Attorney for Defendant

Before:

_____
UNITED STATES MAGISTRATE JUDGE

FILED
At Albuquerque NM
MAY 07 2015
MATTHEW J. DYKMAN
CLERK